73,076-05

COURT OF CRIMINAL

APPEALS OF TEXAS

P.O. Box 12308. CAPITOL STATION,

AUSTIN, TEXAS 78711

11-30, 2015

Abel Acosta, Clerk

RE: WRIT NO. WRIT 73,076-03., Motion to obtain second writ

STYLE: Cheecko Gilbert

TRIAL CT NO: 24509

Mr. Acosta, Clerk

Your Court recived a Petitioner's motion To obatain second writ of Habeas Corpus( Pursuant To V.A.C.C.P Article § 11.59 New Testimony. The Above ~~advise~~ Court advise that the Court has denied without written order Motion For Leave to File the Original application For writ of mandamus, I would like For You to bring this Correction to the Attend of the Court, it was Not a application For writ of mandamus, this mistake denied me A fair Trial, I am seekin a Evidence Hearing on the the Above Cause. Please advise me in this matter there were never a hearing on the above cause,

Sincerly Check Gilbert